IN THE UNTIED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LESTER H. NYE                                                                                              PLAINTIFF

v.                                            CASE NO.  08-5118

SHERIFF KEITH FERGUSON and
CAPT.  HUNTER PETRAY                                                                          DEFENDANTS

**O R D E R**

As it appears this case may be resolved on motion for summary judgment, the Defendants are directed to file such a motion on or before September 19, 2008.  Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the Court.

IT IS SO ORDERED this 18th day of July 2008.

/s/ *J.  Marschewski*
HONORABLE JAMES R.  MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE