```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

LESTER H. NYE                                                    PLAINTIFF

                v.   Civil No. 08-5118

SHERIFF KEITH FERGUSON AND
CAPTAIN HUNTER PETRAY                                           DEFENDANTS

### **O R D E R**

NOW on this 9th day of December 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #17), filed on October 29, 2008, and the Court, being well and sufficiently advised that there has been no objection thereto, finds that the Report and Recommendation should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that, for the reasons set forth therein, the **Report and Recommendation of the Magistrate Judge** is **adopted *in toto*.** Accordingly, Defendants' **Motion to Dismiss** (document #15) is **granted** and Plaintiff's complaint is dismissed in its entirety without prejudice.

**IT IS SO ORDERED.**

                                        **/s/ Jimm Larry Hendren**
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**